THE LAW OFFICES OF



# GALLUZZO & JOHNSON LLP

48 WALL STREET, 11TH FL  NEW YORK, NY 10005
(212) 918-4661  www.gjllp.com

MATTHEW J. GALLUZZO
ZACHARY H. JOHNSON

ERIC M. ARNONE
OF COUNSEL

May 20, 2015

The Honorable William F. Kuntz
U. S. District Court for the Eastern District of New York

**VIA FACSIMILE**

Re:  United States v. John Doe, 15-cr-00026 (WFK)

Dear Judge Kuntz:

    I represent the defendant in the above-captioned matter. We are next scheduled to appear before Your Honor on May 29. I respectfully request that the matter be rescheduled for May 28, 2015 (noon would be ideal if it is available but any time that date would be appreciated). I have spoken with the assigned prosecutor, Mathew Miller, and he consents to this adjournment. It is expected that the defendant will be pleading guilty pursuant to an information on that date. The reason for the requested rescheduling is a personal conflict with May 29.

Respectfully submitted,

_____/s/_____
Matthew Galluzzo, Esq.

CC:

Assistant U.S. Attorney Mathew Miller

**VIA EMAIL**

The application is \_\_\_\_ granted.
SO ORDERED)
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated:
    Brooklyn, New York